

MCGREGOR W. SCOTT
United States Attorney
PHILIP A. FERRARI
MATTHEW THUESEN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DUSTIN JOSEPH ALBINI,<br>AKA BREDT DUSTIN JOSEPH ALBINI,<br><br>Defendant. | CASE NO. 2:18-CR-0101 JAM<br><br>[~~PROPOSED~~] ORDER TO SEAL<br><br>**(UNDER SEAL)** |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney PHILIP A. FERRARI to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court.

Dated: 5/24/2018

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO SEAL INDICTMENT                1