**MICHAEL D. LONG**
Attorney at Law
California State Bar Number 149475
901 H Street, Suite 301
Sacramento, CA 95814
Telephone:  (916) 201-4188
Facsimile:  (916) 442-8299
Email:      mike.long.law@msn.com

Attorney for Defendant
DUSTIN ALBINI

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>DUSTIN ALBINI,<br><br>Defendant | Case No.:  Cr.S-18-101 JAM<br>Case No.:  Cr.S-18-183 JAM<br><br>**ORDER TO FILE UNDER SEAL THE MEDICAL EXHIBITS TO THE COMPASSIONATE RELEASE MOTION** |

## ORDER

IT IS HEREBY ORDERED that the Request to Seal Exhibits O and P, Mr. Dustin Albini's Medical Records, and Exhibit U, the medical records of Mr. Albini's mother, is GRANTED so that the medical information is not available on the public docket. The records are to be provided to the Court and opposing counsel. These documents shall remain under seal until further Order of the Court. IT IS SO ORDERED.

**IT IS SO ORDERED.**

Dated: August 26, 2020                         /s/ John A. Mendez
                                              **JUDGE JOHN A. MENDEZ**
                                              **U.S. DISTRICT COURT JUDGE**

- 2 -