McGREGOR W. SCOTT
United States Attorney
MATTHEW THUESEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DUSTIN JOSEPH ALBINI,<br>AKA BREDT DUSTIN JOSEPH ALBINI,<br><br>    Defendant. | CASE NO. 2:18-CR-101-JAM<br><br>STIPULATION REGARDING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE AND ORDER |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DUSTIN JOSEPH ALBINI,<br>AKA DUSTIN JOSEPH ALBINI-BREDT,<br><br>    Defendant. | CASE NO. 2:18-CR-183-JAM<br><br>STIPULATION REGARDING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE AND ORDER |

On August 25, 2020, defendant filed motions for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) in case number 2:18-cr-101, ECF No. 44, and case number 2:18-cr-183, ECF No. 39. Plaintiff United States, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate, and request that the Court order, as follows:

    1. The United States shall file its response to defendant's motions by September 9, 2020;

      and

2. Defendant shall file his reply by September 16, 2020.

IT IS SO STIPULATED

Dated: August 26, 2020

McGREGOR W. SCOTT
United States Attorney

/s/ *Matthew Thuesen*
MATTHEW THUESEN
Assistant United States Attorney

Dated: August 26, 2020

/s/ *Michael D. Long*
MICHAEL D. LONG
Counsel for Defendant
Dustin Joseph Albini

**ORDER**

IT IS SO ORDERED this 26th day of August, 2020.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE